BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:13-CV-01074-AWI-GSA |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER EXTENDING TIME FOR POTENTIAL CLAIMANT DEBRA ANN PERIERA TO FILE A CLAIM, AND CONTINUING INITIAL SCHEDULING CONFERENCE** |
| v. | ) ) ) | |
| APPROXIMATELY $17,285.00 IN U.S. CURRENCY, | ) ) ) ) | |
| Defendant. | ) ) | (Doc. 11) |

The United States and potential claimant Debra Ann Pereira, stipulate as follows:

1. On July 12, 2013, the United States filed the instant Complaint for Forfeiture In Rem, 1:13-CV-01074-AWI-GSA, *Complaint*, ECF No. 1.

2. Potential Claimant Debra Ann Pereira was required to file a claim by October 9, 2013.

3. Upon request from potential claimant Debra Ann Pereira, she was granted an extension of time to file her claim to October 23, 2013.

4. On October 22, 2013, Mr. Baker, counsel for potential claimant Debra Ann Pereira, contacted Assistant United States Attorney Heather Mardel Jones, and requested a further extension.  AUSA Jones granted an extension to November 6, 2013.

5. On November 6, 2013, Mr. Baker again contacted AUSA Jones and requested a further extension of time be granted to potential claimant Debra Ann Pereira to file

her claim. AUSA Jones agreed to one last and final extension of time for potential claimant Debra Ann Pereira to file her claim.

6. The parties thus jointly request the following:

    a. Potential Claimant Debra Ann Pereira be granted an extension of time to file her claim, to December 20, 2013. This extension of time, like the others, applies only to potential claimant Debra Ann Pereira, and to no other potential claimants.

    b. The currently scheduled Mandatory Scheduling Conference, presently scheduled for December 5, 2013, be rescheduled at the court's convenience for a date after December 20, 2013.

Dated:  November 21, 2013         BENJAMIN B. WAGNER  
                                          United States Attorney

                                          /s/ Heather Mardel Jones  
                                          HEATHER MARDEL JONES  
                                          Assistant United States Attorney

Dated: November 21, 2013         /s/ Debra Ann Pereira  
                                          DEBRA ANN PEREIRA  
                                          Potential Claimant  
                                           (Original signature retained by attorney)

Dated: November 21, 2013         /s/ Raymond N. Baker  
                                          RAYMOND N. BAKER  
                                          Attorney for Potential Claimant  
                                          Debra Ann Pereira  
                                          (Original signature retained by attorney)

## ORDER

Based on the parties' stipulation set forth above, Potential Claimant Debra Ann Pereira is granted an extension of time for filing her claim, which shall now be filed no later than December 20, 2013. The Initial Scheduling Conference currently set for December 5,

2013 is continued to January 8, 2014 at 10:00 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:   **November 25, 2013**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE