BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CV-01074-AWI-GSA |
| Plaintiff, | **REQUEST AND STIPULATION CONTINUING PRESENTLY SET MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |
| v. | |
| APPROXIMATELY $17,285.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States and Claimant Debra Ann Pereira, stipulate as follows:

1. On July 12, 2013, the United States filed the instant Complaint for Forfeiture In Rem, 1:13-CV-01074-AWI-GSA, *Complaint*, ECF No. 1.

2. Claimant Debra Ann Pereira filed her claim and answer on December 24, 2013. ECF Nos. 13 and 14.

3. Upon request from Mr. Raymond Baker, counsel for Claimant Debra Ann Pereira, to the United States, the parties hereby jointly request the following:

    a. The currently scheduled Mandatory Scheduling Conference, presently scheduled for January 8, 2014, be rescheduled at the court's convenience to January 29, 2014.  The parties shall file their Joint Scheduling Report at least one week prior to the Mandatory Scheduling Conference.

Dated:  December 31, 2013         BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Heather Mardel Jones
                                  HEATHER MARDEL JONES
                                  Assistant United States Attorney


Dated: December 31, 2013          /s/ Raymond N. Baker
                                  RAYMOND N. BAKER
                                  Attorney for Claimant Debra Ann Pereira


# ORDER

Pursuant to the parties' stipulation, the Initial Scheduling Conference currently set for January 8, 2014, is continued to January 29, 2014, at 10:00 a.m.  The parties shall file their Joint Scheduling Report one week prior to the hearing.

IT IS SO ORDERED.

   Dated:  **January 2, 2014**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE