```
BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CV-01074-GSA |
| Plaintiff, | **STIPULATION TO CONTINUE FRCP RULE 16(b) SCHEDULING ORDER DISCOVERY DATES AND ORDER** |
| v. | |
| APPROXIMATELY $17,285.00 IN U.S. CURRENCY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the United States of America, claimant Debra A. Pereira, and her counsel of record, as follows:

On January 22, 2014, the parties to this matter submitted their Joint Scheduling Report setting forth the various discovery, disclosure, and dispositive motion dates, as required pursuant to FRCP Rule 16(b);

Due to Claimant Debra Pereira's recent serious medical conditions, including the ingestion of medication which inhibits her ability to be deposed, the parties now jointly agree that in order to facilitate and complete full discovery and disclosure of said discovery, the discovery and disclosure dates currently set forth in the Joint Scheduling Report and the Court's Scheduling Order issued pursuant thereto should be extended approximately ninety (90) days;

That extension of the discovery dates will not affect the trial or pre-trial motion dates

set forth in the Scheduling Order;

The parties hereby stipulate that the dates set forth in the parties' Joint Scheduling Report and in the Court's January 29, 2014 Scheduling Order (Doc. 22) should be changed to the following dates:

| Discovery Event | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Non-Expert Discovery | August 11, 2014 | October 7, 2014 |
| Expert Disclosure | September 8, 2014 | November 5, 2014 |
| Supplemental Expert | October 8, 2014 | December 6, 2014 |
| Expert Discovery | December 8, 2014 | February 6, 2014 |
| Nondispositive Motion Filing Deadline | January 12, 2015 | March 10, 2015 |

Respectfully submitted,

DATED:  July 29, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

DATED:  July 29, 2014

 /s/ Raymond N. Baker
RAYMOND N. BAKER
Attorney for Claimant Debra A. Pereira
(Original signature retained by attorney)

## ORDER

The Court adopts the parties' stipulation set forth above. Accordingly, all discovery dates/deadlines set forth in the Court's January 29, 2014 Scheduling Order (Doc. 22) shall be continued to the dates stipulated to by the parties, as set forth hereinabove.

IT IS SO ORDERED.

Dated:   **July 31, 2014**                          /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue FRCP Rule 16(b) Scheduling Order Discovery Dates