BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $17,285.00 IN U.S. CURRENCY,<br><br>          Defendant. | 1:13-CV-01074-GSA<br><br>**SECOND STIPULATION TO CONTINUE FRCP RULE 16(b) SCHEDULING ORDER DISCOVERY AND TRIAL DATES AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the United States of America, claimant Debra A. Pereira, and her counsel of record, as follows:

On January 22, 2014, the parties to this matter submitted their Joint Scheduling Report setting forth the various discovery, disclosure, and dispositive motion dates, as required pursuant to FRCP Rule 16(b) (ECF 17);

On or about July 31, 2014, the Court granted the parties' stipulated request to extend discovery and nondispositive motion dates (ECF 33);

Due to the substitution of Assistant U.S. Attorney Jeffrey A. Spivak into this case, the parties now jointly request that in order to facilitate and complete discovery and continue to pursue informal resolution to this case, the discovery dates currently set in this case be extended approximately one hundred and twenty (120) days;

Such extension would not affect the trial date or the dispositive motion deadline.

1  The parties hereby stipulate to the following dates:

| Discovery Event | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Expert Disclosure | November 5, 2014 | December 5, 2014 |
| Supplemental Expert | December 6, 2014 | December 5, 2014 |
| Non-Expert Discovery | October 7, 2014 | February 4, 2015 |
| Expert Discovery | February 6, 2015 | March 13, 2015 |
| Nondispositive Motion Filing Deadline | March 10, 2015 | April 10, 2015 |
| Dispositive Motion Filing Deadline | May 4, 2015 | UNCHANGED |
| Settlement Conference | Not Set | Not Set |
| Pretrial Conference | August 5, 2015 | UNCHANGED |
| Court Trial (3 day estimate) | September 29, 2015 | UNCHANGED |

Respectfully submitted,

DATED:  September 19, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

DATED:  September 18, 2014

 /s/ Raymond N. Baker
RAYMOND N. BAKER
Attorney for Claimant Debra A. Pereira
(Original signature retained by attorney

///
///
///
///
///
///
///
///
///

**ORDER**

The Court adopts the parties' stipulation as set forth above. Accordingly, all discovery dates/deadlines currently set forth in the Court's January 29, 2014 Scheduling Order (Doc. 22) and the Stipulation to Continue FRCP Rule 16(b) Scheduling Order Discovery Dates (Doc. 33) shall be rescheduled to the dates stipulated to by the parties, as set forth hereinabove. All of other dates contained in this Court's initial scheduling order issued on January 29, 2014 (Doc. 22) remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 22, 2014**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE