BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:13-cv-01074-GSA |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO WITHDRAW** |
| | ) | **REQUEST FOR VOLUNTARY** |
| v. | ) | **DISMISSAL; ORDER** |
| | ) | |
| APPROXIMATELY $17,285.00 IN U.S. | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff United States of America appearing through their undersigned counsel, and

Claimant Debra Ann Pereira ("Claimant"), following the Informal Telephonic Conference

///

///

///

///

///

///

///

///

///

///

with the Court, hereby agree and stipulate to withdraw the request for voluntary dismissal that was previously filed on December 16, 2014 (ECF # 37).

DATED:  December 19, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

DATED:  December 19, 2014

 /s Raymond N. Baker
RAYMOND N. BAKER
Attorney for Claimant Debra A. Pereira
(authorized by phone 12/19/14)

### ORDER

The parties' stipulated request to withdraw the previously-filed stipulation for voluntary dismissal (Doc. 37) is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **December 19, 2014**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE