BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $17,285.00 IN U.S. CURRENCY,<br><br>　　　　　　　Defendant. | 1:13-CV-01074-GSA<br><br>**STIPULATION TO CONTINUE NON-EXPERT DISCOVERY DEADLINE; ORDER**<br><br>(Doc. No. 43) |

IT IS HEREBY STIPULATED by and between the United States of America, claimant Debra A. Pereira, and her counsel of record, as follows:

On January 22, 2014, the parties to this matter submitted their Joint Scheduling Report setting forth the various discovery, disclosure, and dispositive motion dates, as required pursuant to FRCP Rule 16(b) (ECF 17); On July 31, 2014 and again on September 23, 2014, the Court granted the parties' stipulated request to extend discovery and nondispositive motion dates (ECF 33, 36);

Due to ongoing settlement negotiations, the parties request that the non-expert discovery deadline be extended approximately 45 days;

Such extension would not affect the trial date or the dispositive motion deadline.

The parties hereby stipulate to the following dates:

| Discovery Event | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Expert Disclosure | December 5, 2014 | UNCHANGED |
| Supplemental Expert | December 6, 2014 | UNCHANGED |
| **Non-Expert Discovery** | **February 4, 2015** | **March 13, 2015** |
| Expert Discovery | March 13, 2015 | UNCHANGED |
| Nondispositive Motion Filing Deadline | April 10, 2015 | UNCHANGED |
| Dispositive Motion Filing Deadline | May 4, 2015 | UNCHANGED |
| Settlement Conference | Not Set | Not Set |
| Pretrial Conference | August 5, 2015 | UNCHANGED |
| Court Trial (3 day estimate) | September 29, 2015 | UNCHANGED |

Respectfully submitted,

DATED:  December 23, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

DATED:  December 26, 2014

 /s/ Raymond N. Baker
RAYMOND N. BAKER
Attorney for Claimant Debra A. Pereira
(Signature authorized by email)

### ORDER

The Court adopts the parties' stipulation as set forth above. Accordingly, the non-expert discovery deadline shall be continued from February 4, 2015 to March 13, 2015. All other discovery dates/deadlines currently set forth in the Court's January 29, 2014 Scheduling Order (ECF 22), as modified by the Orders to Continue FRCP Rule 16(b) Scheduling Order Discovery Dates (ECF 33, 36), shall remain unchanged.

IT IS SO ORDERED.

Dated:  **January 7, 2015**          /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE