BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:13-CV-01074-GSA |
| | ) | |
| Plaintiff, | ) | **SECOND STIPULATION TO** |
| | ) | **DISMISS AND ORDER** |
| v. | ) | **THEREON** |
| | ) | |
| APPROXIMATELY $17,285.00 IN U.S. | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* was filed on July 12, 2013, seeking forfeiture of the Defendant Approximately $17,285.00 in U.S. Currency (hereafter "Defendant Currency") pursuant to 21 U.S.C. § 881(a)(6) (ECF #1);

WHEREAS, on December 16, 2014, the parties submitted a stipulation and request to dismiss the instant action, with each party agreeing to bear its own attorney's fees (the "First Stipulation to Dismiss") (ECF #37);

WHEREAS, on December 19, 2014, Claimant subsequently decided she wanted to seek attorney's fees, and sought permission from the Court (with the United States' agreement) to withdraw the First Stipulation to Dismiss, which withdrawal was granted by the Court that same day (ECF #39-41);

WHEREAS, after further discussions, Claimant has decided to again request that the

Court dismiss the complaint <u>without</u> the payment of attorney's fees, and joins the United States in submitting this Second Stipulation to Dismiss.

IT IS HEREBY STIPULATED THAT:

1.    The United States voluntarily moves to dismiss this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Claimant does not oppose the dismissal.

2.    The parties agree to bear their own costs and attorney's fees.

3.    Once the action is ordered dismissed, the United States will return to Claimant the assets that are the subject of this case, $17,285.00, together with accrued interest as calculated by the USMS (which amount was $17.63 as of December 15, 2014), via Claimant's attorney, Raymond N. Baker, Attorney at Law, 770 A Street, Suite 304, Hayward, California 94541.

DATED:  January 13, 2015          BENJAMIN B. WAGNER
United States Attorney

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

DATED:  January 9, 2015          /s/ Raymond N. Baker
RAYMOND N. BAKER
Attorney for Claimant Debra A. Pereira
(Original signature retained by attorney)

### ORDER

Based on the stipulation of the parties set forth above, this action is dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2).  Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  **January 14, 2015**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3       Second Stipulation to Dismiss and Order
        Thereon